IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Sean Donrad – #242665

No. C 13-80161 WHA

**ORDER OF SUSPENSION**

Mr. Sean Donard was ordered to show cause why his membership in the bar of this Court should not be suspended due to his involuntary inactive enrollment status in the State Bar of California (Dkt. No. 1). In response, Mr. Donrad requests that the issue of his suspension be held in abeyance pending resolution of his appeal before the state bar. Our local rules, however, do not provide for abstaining from reciprocal discipline due to a pending appeal. *See* Local Rule 11-7(b)(2). Mr. Donrad's membership in the bar of this Court is accordingly **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE